**John WITHOUSE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 71537.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 11, 1997.

**Irene PRITZ, Plaintiff–Appellant,**

v.

**Felicisma BALVERDE, Defendant–Respondent.**

No. 71518.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 11, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

John Withouse (Movant) appeals the judgment denying his Rule 24.035 motion for post-conviction relief as untimely. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our